

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,662-01

### EX PARTE DANIEL HENLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1603141-A IN THE 232ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to arson and was sentenced to seven years' imprisonment.

Applicant contends that he was wrongly convicted of a first degree felony and that he did not receive pre-sentence jail time credit. Applicant's claim concerning his conviction is denied. TEX. PENAL CODE § 28.02(d)(2). His claim concerning pre-sentence jail time credit is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004) (the appropriate remedy for obtaining pre-sentence jail time credit is to present the issue to the trial court by way of a nunc pro tunc motion,

and if the trial court fails to respond, to seek relief in the Court of Appeals by way of a petition for a writ of mandamus). Accordingly, this application is denied in part and dismissed in part. *Ex parte Deeringer*, 210 S.W.3d 616, 617-18 (Tex. Crim. App. 2006).

Filed: June 30, 2021
Do not publish